No. 76. MERCADO v. MARTÍNEZ.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Noviembre 20, 1902. Se declaró abandonado el recurso por haber transcurrido más de un año sin que la parte recurrente instara el curso de los autos. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Rossy, (Manuel F.)*

---

No. 8. MARTINEZ v. MORENO.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Enero 30, 1903. Se declaró resuelto el recurso interpuesto por haber vencido el término del emplazamiento sin haber comparecido la parte recurrente.

---

No. 10. MALARET v. GONZALEZ.—Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Febrero 5, 1903. Se declaró desierto el recurso interpuesto por haber vencido el término del emplazamiento sin haberse mostrado parte la recurrente.

---

No. 2. AMERICAN RAILROAD COMPANY OF PORTO RICO, CENTRAL AGUIRRE OPERATOR v. EL REGISTRADOR DE LA PROPIEDAD.—Recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de Ponce. Resuelto en Febrero 12, 1903. Desistido á instancias de la parte recurrente. Abogados del recurrente: *Sres. Dexter y Hord.*

---

No. 18. VAN SYCKEL v. EL REGISTRADOR DE LA PROPIEDAD.—Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan. Resuelto en Febrero 13, 1903. Desistido á instancias de la parte recurrente.